UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FERIAL KAREN ARDALAN, | ) | Case No.: C 09-4894 PVT |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) | |
| MACY'S, INC., et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

On July 15, 2010, defendant Macy's, Inc. moved to compel arbitration pursuant to an agreement to arbitrate any and all claims arising out of plaintiff's employment at the store, and to dismiss or stay civil proceedings. This case has been assigned to a Magistrate Judge. Before the court takes any action on the above motion to compel arbitration, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than July 30, 2010, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

1 website at www.cand.uscourts.gov.

2 Dated: July 16, 2010

3  _____
PATRICIA V. TRUMBULL
4  United States Magistrate Judge