IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ferial Karen Ardalan, | NO. C 09-04894 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Macy's West, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on September 20, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, Defendants have duly submitted a Case Management Statement. (See Docket Item No. 36.) Plaintiff is proceeding in *pro se* and has failed to join in Defendants' Statement nor file her own.

Defendants have filed a Motion to Compel Arbitration currently set for hearing on November 29, 2010. (See Docket Item No. 29.) In light of Defendants' pending dispositive Motion, the Court finds that a Case Management Conference would be premature at this time. Accordingly, the Court VACATES the September 20, 2010 Case Management Conference. The Court will set a new Case Management Conference date in its Order addressing Defendants' pending Motion to Compel Arbitration, if necessary.

Dated: September 15, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert Jerry Schnack schnackr@jacksonlewis.com

Ferial Karen Ardalan
P.O. Box OD
Pacific Grove, CA 93950

**Dated: September 15, 2010**                               **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers                    **
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**