1   JACKSON LEWIS LLP
    ROBERT J. SCHNACK (Cal. Bar No. 191987)\
2   schnackr@jacksonlewis.com
    DOUGLAS M. EGBERT (Cal. Bar No. 265062)
3   egbertd@jacksonlewis.com
    801 K Street, Suite 2300
4   Sacramento, California 95814
    Telephone:    (916) 341-0404
5   Facsimile:    (916) 341-0141

6   Attorneys for Defendants
    MACY'S, INC. and MARISELA ZAMBRANO
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  FERIAL KAREN ARDALAN,                 Case No. 5:09-cv-04894-JW

13                  Plaintiff,            **DEFENDANTS' APPLICATION FOR AN
                                          EXTENSION OF TIME FOR FILING
14      v.                                RESPONSE TO PLAINTIFF'S PETITION
                                          FOR VACATING THE ARBITRATION
15  MACY'S INC., and MARISELA             AWARD; [PROPOSED] ORDER**
    ZAMBRANO,
16
                    Defendants.
17

18

19  **TO THE HONORABLE COURT AND TO PLAINTIFF *IN PRO PER* FERIAL KAREN**

20  **ARDALAN:**

21          Defendants MACY'S, INC. ("Macy's") and MARISELA ZAMBRANO ("Zambrano")

22  (collectively "defendants") by and through their counsel, hereby requests an extension of time,

23  through and until Monday, January 9, 2012, within which to respond to the Plaintiff FERIAL

24  KAREN ARDALAN's ("Plaintiff") Petition for Vacating the Award.  In support of this motion,

25  Defendants state the following:

26          1.  On December 15, 2011, Plaintiff manually filed her Petition for Vacating the Award

27  and Exhibits 1- 25 (collectively "Petition") with the Clerk's office and copies of the Petition were

28  served by mail to Defendants' counsel on December 20, 2011. (**Exhibit A**)

Defendants' Application for Extension of Time for
Response to Plaintiff's Petition for Vacating              1              *Ardalan v. Macy's*
Award; [Proposed] Order                                          USDC-NDC., Case No. 5:09-cv-04894 JW

1    2.   On December 28, 2011, Defendants' counsel received via email Document 54 – the

2    Court's Notice of Electronic Filing of Plaintiff's Petition that was filed on December 15, 2011.

3    The Docket Text in that December 28, 2011 notice outlined the deadlines for responses and

4    replies as December 29, 2011 and January 5, 2012, respectively. (**Exhibit B**)

5    3.   Defendants' primary attorney on this case, Robert Schnack, is presently out-of-state

6    attending his mother's 90th birthday, and I am not sufficiently familiar with the facts of the

7    arbitration portion of this matter to prepare and file a response to the Petition on the Court's one-

8    day notice.

9    4.   Based on Mr. Schnack's pre-scheduled absence and the Court staff's apparently

10   mistaken notice of the filing deadlines, Defendants request a mutual 14-day extension of time on

11   the current deadlines of up to and including **Wednesday, January 12, 2012**, for Defendants'

12   response and up to and including **Thursday, January 19, 2012**, for Plaintiff's reply.

13   5.   This application is brought in good faith and not for the purposes of delay. Thus, the

14   extension of time requested herein will not prejudice the Court or the parties.

15   WHEREFORE, Defendants Macy's Inc. and Marisela Zambrano respectfully request that

16   the Court grant their Application for Extension of Time to Respond to Plaintiff's Petition for

17   Vacating the Award and grant such other and further relief as the Court deems just and proper.

18   Date: December 28, 2011                    JACKSON LEWIS LLP

19

20                                             By:  /s/  [Douglas M. Egbert]
                                                   ROBERT J. SCHNACK
21                                                 DOUGLAS M. EGBERT

22                                                 Attorneys for Defendants
                                                   MACY'S, INC. and MARISELA
23                                                 ZAMBRANO

24

25

26

27

28

Defendants' Application for Extension of Time for
Response to Plaintiff's Petition for Vacating                2               *Ardalan v. Macy's*
Award; [Proposed] Order                                      USDC-NDC., Case No. 5:09-cv-04894 JW

1

# ~~PROPOSED~~ ORDER

2       The Court, having considered the foregoing Defendants' Application for Extension of

3   Time to Respond to Plaintiff's Petition for Vacating Award and finding no prejudice to either

4   party, hereby grants said Application to extend the deadlines for Defendants' response to

5   **January 12, 2012** and Plaintiff's reply to **January 19, 2012**.

6       **IT IS SO ORDERED.**

7

8   Dated: ___December 28, 2011___

9                                           _____

10                                          EDWARD J. DAVILA
                                            United States District Court Judge
11                                          Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Application for Extension of Time for
Response to Plaintiff's Petition for Vacating            3               *Ardalan v. Macy's*
Award; [Proposed] Order                                          USDC-NDC., Case No. 5:09-cv-04894 JW

# EXHIBIT A

December 20, 2011

Office of Clerk
United States District Court
Northern District of California
San Jose, CA 95113

Re:   Case No. C09-048494JW
       Arbitration Case No.: 74 160 00018 11

Subj:  **Updating the Certificate of Service by placing the second Certificate of Service
        in the Petition to Vacate Award**

Dear Sir/Madam:

I am the pro per Plaintiff/Appellant in the above captioned Case.  On December 15, 2011, I filed
the Petition to Vacate Award of the above captioned Case Number.  I had included the Certificate
of Service to the package of Motion by placing it on the last page of the Motion and before the
Exhibit A Tab.

Today, December 20, 2011, I made a timely service of the above motion and its attached Exhibits
to the Defendant's CEO and President.  I therefore, attach two copies of the Certificate of Service
in which I have included the service of the Motion to the Defendant's CEO, for the files in the
Clerk's Office.

I, respectfully, request your kind attention to the above matter by inserting the second Certificate
of Service in the package of the Motion and before the **Exhibit A Tab**, by which insertion, the
service of the aforementioned Motion will be updated.

Respectfully,

Ferial Karen Ardalan
P.O. Box OD
Pacific Grove, CA 93950
(831) 655-5350

I hereby certify that a copy of this letter and the attachment will be mailed via first class mail,
today, December 20, 2011, to the Defendant's legal counsel: Robert J. Schnack, Esq., Jackson
Lewis LLP, 801 K Street, Suite 2300, Sacramento, CA 95814.

Ferial Ardalan
pro per Plaintiff

1

2

### CERTIFICATE OF SERVICE

3        I, Ferial Karen Ardalan, Plaintiff/Appellant, hereby certify that copies of Plaintiff's Petition to

4   Vacate Award in relation to Case No. C09-048494JW, Arbitration Case No.: 74 160 00018 11, including

5   its attachments were hand delivered on December 15, 2011, to:

6

7   Office of the Clerk
    United States District Court

8   Northern District of California
    San Jose, CA 95113,

9

10  and were served via Certified First Class Mail to Defendant's legal representative,

11

12  Robert J. Schnack, Esq.,
    Jackson Lewis LLP

13  801 KStreet, Suite 2300
    Sacramento, CA 95814

14  (916) 341-0404 - Main
    (916) 341-0141 - Fax

15  and on December 20, 2011, were served via Certified First Class mail to Macy's President and CEO,

16

17  Mr. Terry J. Lundgren
    President and CEO
    Macy's Inc.,

18  151 W. 34th Street
    Manhattan, NY. 10001.

19

20  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true

21  and correct.

22  Dated: December 20, 2011

23

24                                                  Ferial K. Ardalan
                                                    Plaintiff, pro per
25

26

27

28

# EXHIBIT B

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, December 28, 2011 8:39 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:09-cv-04894-JW Ardalan v. Macy's et al Motion to Vacate |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**California Northern District**

**Notice of Electronic Filing**

The following transaction was entered on 12/28/2011 at 8:38 AM PST and filed on 12/15/2011

| | |
|---|---|
| **Case Name:** | Ardalan v. Macy's et al |
| **Case Number:** | 5:09-cv-04894-JW |
| **Filer:** | Ferial Karen Ardalan |

**WARNING: CASE CLOSED on 12/15/2010**

**Document Number:** 54(No document attached)

**Docket Text:**
***OVERSIZED DOCUMENT*** PLAINTIFF'S PETITION FOR: VACATING THE AWARD, AN ORDER REINSTATING THE COMPLAINT AGAINST MARISELA ZAMBRANO filed by Ferial Karen Ardalan.Responses due by 12/29/2011. Replies due by 1/5/2012. (tsh, COURT STAFF) (Filed on 12/15/2011)

**5:09-cv-04894-JW Notice has been electronically mailed to:**

Robert Jerry Schnack     schnackr@jacksonlewis.com, LoriLynn.Bauer@jacksonlewis.com, SacramentoDocketing@JacksonLewis.com

**5:09-cv-04894-JW Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Ferial Karen Ardalan
P.O. Box OD
Pacific Grove, CA 93950

1

## PROOF OF SERVICE

2

        I am employed in the County of Sacramento, State of California.  I am over the

3

age of eighteen years and not a party to the within action; my business address is Jackson Lewis LLP, 801 K Street, Suite 2300, Sacramento, California 95814.

4

        On December 28, 2011, I served the within:

5

**DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME FOR FILING**

6

**RESPONSE TO PLAINTIFF'S PETITION FOR VACATING THE AWARD; [PROPOSED] ORDER**

7

on the parties in said cause:

8

9

**X**    by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business

10

address shown above, following Jackson Lewis LLP's ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set

11

forth below.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

12

13

    by depositing a true and correct copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Overnite

14

Express or delivering to an authorized courier or driver authorized by Overnite Express to receive documents, addressed as set forth below.

15

16

    by transmitting a true and correct copy by facsimile from facsimile number (916) 341-0141 to the person(s) at the facsimile number(s) set forth below, which

17

transmission was confirmed as complete.  A copy of the transmission record is attached hereto.

18

19

**PLAINTIFF IN PRO PER**

20

Ferial Karen Ardalan
PO Box OD

21

Pacific Grove, California 93950
Tel: 831-655-5350

22

23

        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 28, 2011, at

24

Sacramento, California.

25

Lori Bauer

26

27

28

Defendants' Application for Extension of Time for
Response to Plaintiff's Petition for Vacating
Award; [Proposed] Order

4

*Ardalan v. Macy's*
USDC-NDC., Case No. 5:09-cv-04894 JW